IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| DANIEL ERIC COBBLE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:19cv665-WKW |
| | ) | [WO] |
| UNITED STATES OF AMRICA, | ) | |
| UNITED STATES STATE | ) | |
| DEPARTMENT, | ) | |
| STATES GOVERNEMNT OF TENNESEE, | | |
| U.S. LIBRARY OF CONGRESS, | | |
| DEPARTMENT OF MOTOR VEHICLES SAFETY, | | |
| U.S. PATENT OFFICE, | | |
| UNITED STATES POSTAL SERVICE, | | |
| UNITED STATES TREASURY, | | |
| DEPARTMENT OF REVENUE, | | |
| GEORGIA DEPARTMENT OF CORRECTIONS, | | |
| | | |
| Defendants. | | |

## **ORDER**

On October 4, 2019, the Magistrate Judge filed a Recommendation that the court dismissed Plaintiff's action without prejudice for his failure to pay the filing and administrative frees upon initiating this lawsuit. Plaintiff has filed objections. (Doc. # 3.) Based upon an independent and *de novo* review of the Recommendation,

*see* 28 U.S.C. § 636(b), the court finds that the Recommendation is correct and that the objections lack merit.

Accordingly, it is ORDERED as follows:

(1)  Plaintiff's objections (Doc. # 3) are OVERRULED;

(2)  The Recommendation (Doc. # 2) is ADOPTED; and

(3)  This action is DISMISSED WITHOUT PREJUDICE.

Final judgment will be entered separately.

DONE this 20th day of July, 2020.

/s/ W. Keith Watkins<br>UNITED STATES DISTRICT JUDGE